# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ARTURO BRUNO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT DONOHOE, as TRUSTEE OF THE TEXAS MEDICAL LIABILITY TRUST,<br><br>    Defendant. | Civil Action No. 1:23-cv-01183-DII |

## JOINT MOTION TO STAY

Pursuant to CV-7(d)(2)(a), Plaintiff Arturo Bruno ("Plaintiff") and Defendant Texas Medical Liability Trust ("TMLT" or "Defendant") (collectively "Parties"), by and through their undersigned counsel, hereby submit this Joint Motion to Stay. In support of the Motion, the Parties show the Court the following:

  1.  Plaintiff filed his Complaint on September 29, 2023, in the United States District Court for the Western District of Texas, concerning an October 2023, data security incident that TMLT experienced.

  2.  On December 8, 2023, TMLT timely filed its Motion to Dismiss Plaintiff's Class Action Complaint.

  3.  After obtaining an extension, Plaintiff then filed his Response to TMLT's Motion to Dismiss on January 18, 2024.

  4.  On January 23, 2024, Plaintiff filed an Unopposed Motion for Extension of Time to File Amended Complaint in Accordance with Rule 15(a)(2).

5. The Court granted this Motion on January 23, 2024.

6. Subsequently, Plaintiff filed his First Amended Complaint on February 22, 2024.

7. On March 7, 2024, TMLT timely filed its Motion to Dismiss Plaintiff's Amended Class Action Complaint.

8. Following discussions between Plaintiff and TMLT, the parties agreed to explore resolution of the action through mediation. A mediation was thereafter scheduled with Hon. Wayne R. Andersen (ret.) for April 4, 2024.

9. The Parties move this Court to stay all pending deadlines in this matter until the Monday following forty-five (45) days after the April 4, 2024, mediation, which is May 20, 2024.

10. A stay of this action will not unduly prejudice or present a clear tactical disadvantage to any party, as the Parties consent to and jointly file this Motion. Discovery has not yet started, an initial scheduling conference has not been held, and no trial date has been set. A stay will also promote efficiency and economy of time and effort of the Court.

11. Based on the foregoing, the Parties submit that good cause is shown for the requested stay of all deadlines and that a stay will not unduly delay these proceedings or prejudice any party.

12. The parties have attached a proposed Order to this Motion as Exhibit A.

Wherefore, the Parties respectfully request this Court enter an Order granting their Joint Motion to Stay and stay all pending deadlines until forty-five (45) days after the parties have concluded mediation.

Respectfully submitted this 11th day of March 2024.

/s/ Kayleigh Watson
Amanda N. Harvey
State Bar No. 24046038
Kayleigh Watson
State Bar No. 24102632
**MULLEN COUGHLIN LLC**
1452 Hughes Rd Suite 200
Grapevine, TX 76051
Telephone:  267/930-1697
aharvey@mullen.law
kwatson@mullen.law


*Attorneys for Defendant Texas Medical Liability Trust*


/s/ Bruce W. Steckler
Bruce W. Steckler
TX Bar No. 00785039
bruce@swclaw.com
Kaitlyn M. Coker
TX Bar No. 24115264*
kcoker@swclaw.com
**STECKLER WAYNE & LOVE, PLLC**
12720 Hillcrest Rd, Suite 1045
Dallas, Texas 75230
Tel: 972-387-4040
Fax: 972-387-4041

John G. Emerson, Jr.
TX Bar No. 06602600
jemerson@emersonfirm.com
**EMERSON FIRM, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
Tel: 800-551-8649
Fax: 501-286-4649

        John A. Yanchuns
        TX Bar No. 22121300
        jyanchunis@ForThePeople.com
        Ra Amen
        ramen@ForThePeople.com
        *Pro Hac Vice Pending*
        **MORGAN & MORGAN**
        **COMPLEX LITIGATION GROUP**
        201 North Franklin Street 7th Floor
        Tampa, Florida 33602
        Tel: 813-223-5505
        Fax: 813-223-5402

        ***Attorneys for Plaintiff***

        *\*Admission Pending*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of March 2024, a true and correct copy of the foregoing document has been served upon all counsel of record via CM/ECF.

/s/ *Kayleigh Watson*
Kayleigh Watson