IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ARTURO BRUNO, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>ROBERT DONOHOE, as TRUSTEE OF THE TEXAS MEDICAL LIABILITY TRUST,<br><br>                              Defendant. | Civil Action No. 1:23-cv-01183-DII |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Arturo Bruno ("Plaintiff") individually, and on behalf of others similarly situated (Settlement Class), by and through the undersigned counsel, hereby moves this Court for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (1) preliminarily approving the proposed class action settlement with Defendant, Texas Medical Liability Trust ("Defendant" or "TMLT") (collectively, "the Parties"); (2) conditionally certifying the Settlement Class; (3) appointing Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel; (4) approving the Notice Program; (5) scheduling a date for the Final Approval Hearing; (6) appointing the Settlement Administrator; and (7) for such other and further relief as the Court deems just and proper. In support of this motion, Plaintiff concurrently submits the following attached to this Motion:

    1.    Exhibit 1: The Settlement Agreement and its exhibits;

    2.    Exhibit 2: Declaration of Counsel: Bruce Steckler;

    3.    Memorandum of Law In Support of Plaintiff's Unopposed Motion; and,

    4.    A Proposed Order for Preliminary Approval of the Proposed Settlement.

Plaintiff has negotiated a fair, adequate, and reasonable settlement that guarantees Settlement Class Members significant relief in the form of direct reimbursements for expenses incurred and time spent relevant to the Data Incident, credit monitoring services for 3 years after the Data Incident and Residual Cash Payments. For these and the reasons set forth in the supporting Memorandum of Law, Plaintiff respectfully requests this Court grant his Motion for Preliminary Approval of the Class Action Settlement.

Dated: May 28, 2025

Respectfully submitted,

/s/ Bruce W. Steckler
Bruce W. Steckler
Texas Bar No. 00785039
**Steckler Wayne & Love, PLLC**
12720 Hillcrest Road
Dallas, Texas 75230
Telephone: (972) 387-4040
Fax: (972) 387-4041
bruce@swclaw.com

John A. Yanchunis
Texas Bar No. 22121300
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813-559-4908
Facsimile: 813-222-4795
jyanchuins@forthepeople.com

*Attorneys for Plaintiff and the Settlement Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 28, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: */s/ Bruce W. Steckler*
Bruce W. Steckler